IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. GRAHAM, JR., #133708, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:06-CV-132-MEF |
| | ) | (WO) |
| LEON FORNISS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on February 14, 2006 (Doc. 2), and after a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be and is hereby adopted.

It is ORDERED that this case is hereby transferred to the United States District Court for the Northern District of Alabama, pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 3rd day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE