Graham

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X S. Brown  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): S. BROWN   C. Date of Delivery: 3/8/06 |
| 1. Clerk, U. S. District Court<br>Northern District of Alabama<br>United States District Court<br>Hugo L. Black U. S. Courthouse<br>1729 5th Avenue North, Room 140<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 2:06CV132 (entire file transfer) | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7005 1160 0001 2962 3434 | |

PS Form 3811, February 2004    Domestic Return Receipt    02595-02-M-1540